TURPENTINE & ROSIN FACTORS, INC., *v.*
UNITED STATES.

No. 556.   Decided February 20, 1961.

*E. Way Highsmith* and *J. H. Highsmith* for appellant.

*Solicitor General Rankin, Assistant Attorney General Bicks* and *Richard A. Solomon* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

NATIONAL PSYCHOLOGICAL ASSOCIATION FOR PSYCHOANALYSIS, INC., ET AL. *v.* UNIVERSITY OF THE STATE OF NEW YORK.

No. 568.   Decided February 20, 1961.

*Lyman Stansky* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, and *Samuel A. Hirshowitz* and *Philip Watson,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.